**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**



| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, §§§§§ | |
| *Plaintiff*, §§ | |
| v. § | CIVIL ACTION NO.  2:21-CV-00446-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., §§§§§ | |
| *Defendants*. §§ | |

**ORDER**

Before the Court is the Unopposed Motion Requesting Letter of Request for International Judicial Assistance to Obtain Trial Evidence (the "Motion") filed by Plaintiff the California Institute of Technology ("Caltech"). (Dkt. No. 93.) In the Motion, Caltech requests that the Court issue Letters of Request addressed to judicial authorities in China requesting that the Chinese authority assist in obtaining documents from UNISOC regarding the accused functionality in this case. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. The Court **APPROVES** the proposed Letter of Request, which is attached to the Motion as Exhibit 2. Accordingly, the Court will execute the Letters of Request with original signatures, to which the Clerk of the Court shall affix original seals.

So ORDERED and SIGNED this 20th day of December, 2022.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE