IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    Defendants. | Case No. 2:21-CV-0446-JRG<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF REQUEST
FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING**

Pursuant to the Court's June 13, 2023 Fifth Amended Docket Control Order, Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America hereby provides Notice of its request for both daily transcripts and real-time reporting of the trial proceedings in this case. A copy of this request is being sent via electronic mail to the Court Report, Shawn McRoberts.

DATED:  July 21, 2023            Respectfully submitted,

/s/ *Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

J. Travis Underwood
State Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: travis@gillamsmithlaw.com

Greg Arovas, P.C. (admitted *pro hac vice*)
Robert A. Appleby, P.C. (admitted *pro hac vice*)
Christopher DeCoro (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel:  (212) 446-4800
Fax:  (212) 446-4900
Email:  garovas@kirkland.com
Email:  rappleby@kirkland.com
Email: christopher.decoro@kirkland.com

Edward C. Donovan, P.C. (admitted *pro hac vice*)
F. Christopher Mizzo, P.C. (admitted *pro hac vice*)
Michael A. Pearson, Jr. (admitted *pro hac vice*)
John R. Rhine (admitted *pro hac vice*)
Nichole DeJulio (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000
Fax:  (202) 389-5200
Email:  edonovan@kirkland.com

Email:  chris.mizzo@kirkland.com
Email:  mpearson@kirkland.com
Email:  john.rhine@kirkland.com
Email:  nichole.dejulio@kirkland.com

Eric D. Hayes, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
Email:  ehayes@kirkland.com

Tiffany M. Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 385-7500
Fax: (617) 385-7501
Email: tiffany.knapp@kirkland.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 21, 2023. Any other counsel of record will be served by facsimile transmission or by first class mail.

*/s/ Melissa R. Smith*
Melissa R. Smith