# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　Defendants. | Case No. 2:21-CV-0446-JRG<br><br>**JURY TRIAL DEMANDED** |

## **JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff The California Institute of Technology ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The Parties have reached a settlement in principle of all matters in controversy between the Parties and are in the process of finalizing the documents pertaining to the settlement. The Parties wish to conclude the settlement without burdening the Court with additional filings and without incurring unnecessary expense. The Parties anticipate they will be able to submit the dismissal papers by September 7, 2023. Accordingly, the Parties respectfully request that the Court grant a brief stay of all proceedings between the Parties, including all pending deadlines between the Parties until September 7, 2023.

The Parties submit that good cause exists for granting this Motion, as set forth above. The Motion is not filed for the purposes of delay but rather so that justice may be served.

Accordingly, the Parties respectfully request that the Court enter the proposed order submitted with this Joint Motion and grant the Parties such other and further relief to which they are entitled.

Dated: August 8, 2023                                              Respectfully submitted,

/s/ Kalpana Srinivasan                                             /s/ Melissa R. Smith
Kalpana Srinivasan                                                 Melissa R. Smith
California State Bar No. 237460                                    State Bar No. 24001351
ksrinivasan@susmangodfrey.com                                      GILLAM & SMITH, LLP
SUSMAN GODFREY LLP                                                 303 South Washington Avenue
1900 Avenue of the Stars, Suite 1400                               Marshall, Texas 75670
Los Angeles, CA 90067                                              Telephone: (903) 934-8450
Telephone: (310) 789-3100                                          Facsimile: (903) 934-9257
Facsimile: (310) 789-3150                                          Email: melissa@gillamsmithlaw.com

Daniel J. Shih                                                     Greg Arovas, P.C. (admitted *pro hac vice*)
Washington State Bar No. 37999                                     Robert A. Appleby, P.C. (admitted *pro hac vice*)
dshih@susmangodfrey.com                                            KIRKLAND & ELLIS LLP
Floyd Short                                                        601 Lexington Avenue
Washington State Bar No. 21632                                     New York, New York 10022
fshort@susmangodfrey.com                                           Tel: (212) 446-4800
SUSMAN GODFREY LLP                                                 Fax: (212) 446-4900
1201 Third Avenue, Suite 3800                                      Email: garovas@kirkland.com
Seattle, Washington 98101                                          Email: rappleby@kirkland.com
Telephone: (206) 516-3880
Facsimile: (206) 516-3883                                          Edward C. Donovan, P.C. (admitted *pro hac vice*)
                                                                   F. Christopher Mizzo, P.C. (admitted *pro hac vice*)
Shawn D. Blackburn                                                 Michael A. Pearson, Jr. (admitted *pro hac vice*)
Texas State Bar No. 24089989                                       John R. Rhine (admitted *pro hac vice*)
sblackburn@susmangodfrey.com                                       Nichole DeJulio (admitted *pro hac vice*)
Daniel A. Wilson                                                   KIRKLAND & ELLIS LLP
Texas State Bar No. 24070859                                       1301 Pennsylvania Avenue, N.W.
dwilson@susmangodfrey.com                                          Washington, D.C. 20004
SUSMAN GODFREY LLP                                                 Tel: (202) 389-5000
1000 Louisiana Street, Suite 5100                                  Fax: (2020 389-5200
Houston, TX 77002                                                  Email: edonovan@kirkland.com
Telephone: (713) 651-9366                                          Email: chris.mizzo@kirkland.com
Facsimile: (713) 654-6666                                          Email: mpearson@kirkland.com
                                                                   Email: john.rhine@kirkland.com
Tamar Lusztig                                                      Email: nichole.dejulio@kirkland.com
New York State Bar No. 5125174
tlusztig@susmangodfrey.com                                         Eric D. Hayes, P.C. (admitted *pro hac vice*)
Ravi Bhalla                                                        KIRKLAND & ELLIS LLP

New York State Bar No. 5478223
rbhalla@susmangodfrey.com
Robert Greenfeld
New York State Bar No. 2824811
rgreenfeld@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff the California
Institute of Technology*

300 North LaSalle
Chicago, Illinois 60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
Email:  ehayes@kirkland.com

*Counsel for Defendants
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties have complied with Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

                                            */s/ Melissa R. Smith*
                                            Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this August 8, 2023.

                                            */s/ Melissa R. Smith*
                                            Melissa R. Smith