# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>  Defendants. | Case No. 2:21-CV-0446-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff The California Institute of Technology and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings between the Parties are stayed until September 7, 2023. Absent a showing of good cause, the Parties shall submit dismissal papers no later than September 7, 2023.