**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

The CALIFORNIA INSTITUTE OF TECHNOLOGY,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,

Defendants.

Civil Action No. 2:21-cv-446-JRG

**JURY TRIAL DEMANDED**

**JOINT STIPULATION AND MOTION FOR DISMISSAL PURSUANT TO RULE 41(a)**

Plaintiff the California Institute of Technology and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., by and through their undersigned counsel, respectfully submit this Joint Stipulation and Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), whereby Plaintiff and Defendants each agree to dismiss their respective claims and counterclaims in this action with prejudice, with each party to bear its own fees and costs.

DATED: September 7, 2023

Respectfully submitted,

By: *<u>/s/ Kalpana Srinivasan</u>*

Kalpana Srinivasan
California State Bar No. 237460
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Daniel J. Shih
Washington State Bar No. 37999
dshih@susmangodfrey.com
Floyd Short
Washington State Bar No. 21632
fshort@susmangodfrey.com
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Daniel A. Wilson
Texas State Bar No. 24070859
dwilson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Tamar Lusztig
New York State Bar No. 5125174
tlusztig@susmangodfrey.com
Ravi Bhalla
New York State Bar No. 5478223
rbhalla@susmangodfrey.com
Robert Greenfeld
New York State Bar No. 2824811
rgreenfeld@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone (903) 845-5770

**ATTORNEYS FOR PLAINTIFF THE CALIFORNIA INSTITUTE OF TECHNOLOGY**

By: *<u>/s/ Melissa R. Smith</u>*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

J. Travis Underwood
State Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: travis@gillamsmithlaw.com

Greg Arovas, P.C. (admitted *pro hac vice*)
Robert A. Appleby, P.C. (admitted *pro hac vice*)
Christopher DeCoro (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: garovas@kirkland.com
Email: rappleby@kirkland.com
Email: christopher.decoro@kirkland.com

Edward C. Donovan, P.C. (admitted *pro hac vice*)
F. Christopher Mizzo, P.C. (admitted *pro hac vice*)
Michael A. Pearson, Jr. (admitted *pro hac vice*)
John R. Rhine (admitted *pro hac vice*)
Nichole DeJulio (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000

Fax: (202) 389-5200
Email: edonovan@kirkland.com
Email: chris.mizzo@kirkland.com
Email: mpearson@kirkland.com
Email: john.rhine@kirkland.com
Email: nichole.dejulio@kirkland.com

Eric D. Hayes, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
Email: ehayes@kirkland.com

Tiffany M. Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 385-7500
Fax: (617) 385-7501
Email: tiffany.knapp@kirkland.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan