**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

The CALIFORNIA INSTITUTE OF TECHNOLOGY,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,

Defendants.

Civil Action No. 2:21-cv-446-JRG

**JURY TRIAL DEMANDED**

**ORDER OF DISMISSAL**

In view of the parties' Joint Stipulation and Motion for Dismissal Pursuant to Rule 41(a), it is hereby:

ORDERED that all claims and counterclaims in this action, whether asserted by Plaintiff the California Institute of Technology ("Caltech") or by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), are dismissed with prejudice.

It is further ORDERED that Caltech and Samsung shall each bear their own costs and expenses in the above-referenced actions.

IT IS SO ORDERED.